UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN LOPEZ, | No.  1:26-cv-00093-GSA |
| Plaintiff, | ORDER DIRECTING FILING OF CONSENT/DECLINE FORM |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

Neither party has filed a form of consent/decline of Magistrate Judge jurisdiction as directed by the scheduling order, ECF No. 5.

Accordingly, the parties are directed to file the form within 7 days of this order.

.

IT IS SO ORDERED.

Dated:  __May 10, 2026__         _____/s/ Gary S. Austin_____
UNITED STATES MAGISTRATE JUDGE